Decided September 8, 2004

JEFFREY W. NAVIN ET AL. *v.* ESSEX SAVINGS
BANK ET AL.

The petition by the plaintiffs Jeffrey W. Navin, John
F. Coyne and John T. O'Reilly for certification for appeal
from the Appellate Court, 82 Conn. App. 255 (AC 24250),
is denied.

*Kenneth R. Davis,* in support of the petition.

*John S. Bennet,* in opposition.

Decided September 8, 2004

STATE OF CONNECTICUT *v.* ROBERT WARD

The defendant's petition for certification for appeal
from the Appellate Court, 83 Conn. App. 377 (AC 23159),
is denied.

NORCOTT and KATZ, Js., did not participate in the
consideration or decision of this petition.

*G. Douglas Nash* and *Christopher Neary,* special dep-
uty assistant public defender, in support of the petition.

*Frederick W. Fawcett,* supervisory assistant state's
attorney, in opposition.